UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christopher G. Cook,

    Petitioner,

v.

Warden Marion Correctional Institution,

    Respondent.

Case No. 2:23-cv-1808

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

On February 16, 2024, Magistrate Judge Litkovitz issued a Report and Recommendation ("R&R") recommending the Court dismiss Petitioner's petition for a writ of habeas corpus, deny a certificate of appealability, and certify that any appeal would not be in good faith. R&R, ECF No. 14. The R&R notified Petitioner of his right to object to those recommendations and warned him that failure to timely do so would result in a forfeiture of the right to have the Undersigned conduct a *de novo* review of the R&R and a forfeiture of the right to appeal the Undersigned's decision to adopt the R&R. *Id.* at 22.

Even considering the prisoner mailbox rule, the deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without further review. Petitioner's petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**, the Court **DENIES** Petitioner a certificate of

appealability, and the Court **CERTIFIES** that any appeal would not be in good faith. The Clerk shall enter judgment for Respondent and close this case.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**